**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: October 17, 2025

Mr. Benjamin James Hodges
Foster Garvey
1111 Third Avenue
Suite 3000
Seattle, WA 98101

    Re: Case No. 25-5943, *American Marriage Ministries v. Cheryl Collins, et al*
        Originating Case No. 3:24-cv-00247

Dear Counsel,

  This appeal has been docketed as case number **25-5943** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

  At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **October 31, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

                Appellant:    Appearance of Counsel
                            Civil Appeal Statement of Parties & Issues
                            Disclosure of Corporate Affiliations
                            Application for Admission to 6th Circuit Bar (if applicable)

    Appellee:  Appearance of Counsel
           Disclosure of Corporate Affiliations
           Application for Admission to 6th Circuit Bar (if applicable)

 If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

           Sincerely yours,

           s/Kelly Stephens

           Appeal Case Manager: Gretchen
           Direct Dial No. 513-564-7018

cc:  Ms. Dawn M. Jordan

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 25-5943

AMERICAN MARRIAGE MINISTRIES

    Plaintiff - Appellant

v.

CHERYL COLLINS, in her official capacity as County Clerk for Morgan County, TN; JENNINGS HUTSON JONES, in his official capacity as District Attorney General for Rutherford County; COTY WAMP, in her official capacity as District Attorney General for Hamilton County; RUSSELL JOHNSON, in his official capacity as District Attorney General for Morgan County, TN

    Defendants - Appellees